# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES BO MUMPHREY,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 81191

**FILED**

JUN 10 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion to request for criminal records pursuant to NRS 239.110." Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Because no statute or court rule permits an appeal from the above-mentioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

                                        _____, J.
                                          Gibbons

_____, J.                     _____, J.
Stiglich                                  Silver

cc:   Hon. Jacqueline M. Bluth, District Judge
       Charles Bo Mumphrey
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

20-21775